# United States District Court

## *Southern District of Georgia*

GJ&L, INC. d/b/a BORDER EQUIPMENT,

Plaintiff

v.

MCCLOSKEY INTL'L LIMITED and JAMES ERIC TEAGUE

Defendant

Case No. 1:24-CV-00220-JRH-BKE

Appearing on behalf of Defendants McCloskey Intl'l Limited and James Eric Teague

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __13th__ day of __December__, __2024__.

*/s/ Brian K. Epps*
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Ronald T. Coleman, Jr.

Business Address: Bradley Arant Boult Cummings LLP
Firm/Business Name

1230 Peachtree Street, NE, Promenade Tower, 20th Floor
Street Address

| Street Address (con't) | Atlanta | GA | 30309 |
|---|---|---|---|
|  | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| 404-868-2003 |  | 177655 |  |
| Telephone Number (w/ area code) |  | Georgia Bar Number |  |

Email Address: rtcoleman@bradley.com