IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

GJ&L, INC. d/b/a BORDER
EQUIPMENT,

     Plaintiff,

        v.

MCCLOSKEY INT'L LIMITED and
JAMES ERIC TEAGUE,

     Defendants.

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

CV 124-220

---

**O R D E R**

---

Presently pending before the Court is Plaintiff's motion seeking a preliminary injunction. (Doc. 14.) Upon reading and considering the motion, the Court finds it necessary to set a briefing schedule and hearing date.

Therefore, it is hereby **ORDERED** that the following briefing schedule will apply to Plaintiff's motion for preliminary injunction: (1) Defendants' Response Briefs are due by **5:00 p.m. on Friday, January 10, 2025**; and (2) Plaintiff's Reply Brief is due by **5:00 p.m. on Tuesday, January 14, 2025**. It is **FURTHER ORDERED** that a hearing on the motion for preliminary injunction will be set for **Wednesday, January 15, 2025, at 10:00 a.m.** in the Second Floor Courtroom of the United States District Court located at 600 James Brown Boulevard, Augusta, Georgia 30901.

ORDER ENTERED at Augusta, Georgia, this 3rd day of January, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA